# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-018-873**

**Effective Date of Registration:**
September 19, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, PIPPA MIDDLETON 2015, Published approx. May 10, 2015; 12 photos. |
| **Content Title:** | EH-PM-15001012, EH-PM-15001011, EH-PM-15001010, EH-PM-15001009, EH-PM-15001008, EH-PM-15001007, EH-PM-15001006, EH-PM-15001005, EH-PM-15001004, EH-PM-15001003, EH-PM-15001002, EH-PM-15001001 (published approx. May 10, 2015). |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 10, 2015 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | ELISABETH HOFF |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | ELISABETH HOFF<br>SKIN STUDIOS LTD, UNIT 1.11, THE LIGHT BOX, 111 POWER ROAD, LONDON W4 5PY, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Lickerish, Ltd. |
| **Name:** | Emma Carlsen |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 40-42 Riding House Street<br>London, W1W 7ET  United Kingdom |

Page 1 of 2

## Certification

|  |  |
|---:|:---|
| Name: | Joe G. Naylor |
| Date: | September 19, 2016 |
| Applicant's Tracking Number: | USCO-02669 |

