# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LICKERISH, LTD.<br><br>                      Plaintiff,<br>v.<br><br>SHUTTERSTOCK INC.,<br><br>                      Defendants. | Civil Case No. 1:20-cv-05384 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lickerish, Ltd. voluntarily dismisses without prejudice its complaint against Defendant Shutterstock Inc.

Dated: August 28, 2020

                                        Respectfully submitted,

                                        By: */s/ R. Terry Parker*
                                        R. Terry Parker, Esquire
                                        RATH, YOUNG & PIGNATELLI, P.C.
                                        120 Water Street, Second Floor
                                        Boston, MA 0210
                                        Telephone: (603) 226-260
                                        Email: rtp@rathlaw.com

                                        *Attorneys for Plaintiff*
                                        *Lickerish, Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of August, 2020, I caused a copy of the foregoing to be mailed by electronic mail delivery to:

>Sejal Patel, Esq.
>Shutterstock, Inc.
>Email: spatel@shutterstock.com

                                                    */s/ R. Terry Parker*
                                                    R. Terry Parker